UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MENDO LOVE #831271,

    Plaintiff,

v.

    Case No. 1:24-cv-608

    HONORABLE PAUL L. MALONEY

UNKNOWN RYDAHAL, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants Collins, Edderman, Rydahal, and Turner filed a motion for summary judgment.  Defendants Cook and Upton also filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 13, 2025, recommending that this Court grant the motions and enter judgment.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions for Summary Judgment (ECF Nos. 15, 23) are GRANTED.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might

raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith.

    A Judgment will be entered consistent with this Order.

Dated:  July 16, 2025                                                                /s/  Paul L. Maloney
                                                                                             Paul L. Maloney
                                                                                             United States District Judge